```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 15364
  ABEL MARTINEZ
  JOLIET MARTINEZ                               CHAPTER 13

                                                JUDGE: A. BENJAMIN GOLDGAR
          Debtor
  SSN XXX-XX-2008    SSN XXX-XX-6828
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/22/06 and confirmed on 02/23/07.

   2.  The case was dismissed after confirmation, 07/13/2007.

   3.  The Debtor paid a total of $   4735.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | 4186.07 | .00 | 4186.07 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 12669.08 | .00 | .00 |
| NATIONWIDE CAC LTD PARTN | SECURED VEHIC | 2294.82 | .00 | 312.18 |
| ANDERSON FIN NETWORK | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 12781.94 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 610.18 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 3138.23 | .00 | .00 |
| CCA | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 552.55 | .00 | .00 |
| B LINE LLC | UNSECURED | 758.09 | .00 | .00 |
| DEBT CREDIT SRVS | UNSECURED | NOT FILED | .00 | .00 |
| DEPENDON COLLECTION SERV | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CONSUMER FINANCIA | UNSECURED | 1525.71 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 646.66 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 572.39 | .00 | .00 |
| MAZDA AMERICAN CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE ACCEPTANCE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

          Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 19149.97 | .00 | 20585.75 | .00 | 39735.72 |
| PRINCIPAL PAID | 4498.25 | .00 | .00 | .00 | 4498.25 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |

```
TOTAL PAID                  4498.25         .00          .00          .00      4498.25
The Debtor's attorney, LEGAL HELPERS PC                , was allowed $   3000.00
and was paid $     970.00   direct and $        .00   through the plan.
```

The Trustee received $     236.75 .

Refunds to the Debtor totaled $         .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 10/10/07                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE